IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| ATHOLEE STRICKLAND, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 2:20-CV-0279-M-BR |
| UNKNOWN DEFENDANTS, | § § § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files, and records in this case, and the December 10, 2021 Findings, Conclusions, and Recommendation of the magistrate judge, the court concludes the magistrate judge's Findings and Conclusions are correct. The recommendation of the magistrate judge is accepted, and the civil rights lawsuit filed by plaintiff Atholee Strickland is dismissed for failure to prosecute.

SO ORDERED this 4th day of January, 2022.

BARBARA M. G. LYNN
CHIEF JUDGE